USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 09/09/2026

Ronald E. Richman
212-756-2048
rrichman@mcdermottlaw.com

**APPLICATION DENIED:** **The ICMC scheduled for 09/14/2026 will proceed as scheduled.**

KATHARINE H. PARKER
United States Magistrate Judge
**09/09/2026**

September 8, 2026

VIA ECF

Hon. Katharine H. Parker, U.S.M.J.
U.S. District Court
Southern District of New York
500 Pearl Street, Room 750
New York, NY 10007

**Re: Request to Adjourn Initial Case Management Conference – *The Amalgamated National Health Fund v. Granovsky*, No. 26-cv-04302 (S.D.N.Y. May 22, 2026)**

Dear Judge Parker:

The undersigned is counsel to plaintiffs in the above captioned case. We write jointly with defendant's counsel in this case pursuant to your Honor's Individual Practices to request the Court adjourn the Initial Case Management Conference currently scheduled for Monday, September 14, 2026 at 12:00PM until the Court rules on defendant Granovsky's Motion to Dismiss (Dkt. No. 17) currently pending in this case.

This is plaintiffs' first request to adjourn the Initial Case Management Conference. Defendant has consented to this request.

We thank the Court for its attention to this matter.

Respectfully submitted,

*/s/ Ronald E. Richman*
Ronald E. Richman

cc: All counsel of record (via ECF)